**ENGINEERED MAINTENANCE SERVICES, INC. (also known as Engineered Maintenance Services), Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5100.

United States Court of Appeals, Federal Circuit.

July 16, 2003.

ORDER

Appellant having paid the required filing fee, it is ORDERED that the order of

dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellant's brief is due within 60 days from the date of filing of this order.